UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  CHAPTER 13
SOURAPHONG LUANGPHAKDY
ITTHIPONE LUANGPHAKDY  CASE NO. 12-80584

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** SunTrust Mortgage Inc.   **Court claim #:** 5

**Last four digits** of any number used to identify the debtor's account: 3822

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $2355.62 |
| Amount Paid by Trustee | $2355.62 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐ Thru the Chapter 13 Plan    ☒ Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  8/17/17              /s/Lydia S. Meyer
                             Lydia S. Meyer, Trustee
                             308 W. State St., Suite 212
                             Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 17th Day of August, 2017.

Dated:  8/17/17              /s/Cynthia K. Burnard

SUNTRUST MORTGAGE, INC.
BANKRUPTCY DEPARTMENT RVW 3034
PO BOX 27767
RICHMOND, VA 23261-7767

SUNTRUST MORTGAGE, INC.
BANKRUPTCY DEPARTMENT
PO BOX 26149
RICHMOND, VA 23260-6149

ATTORNEY ANDREW NELSON
PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

SOURAPHONG LUANGPHAKDY
ITTHIPONE LUANGPHAKDY
2732 BORDEAUX DRIVE
ROCKFORD, IL  61114

ATTORNEY GARY C. FLANDERS
ONE COURT PLACE, #201
ROCKFORD, IL  61101